**DISMISS and Opinion Filed July 18, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00645-CV**

**IN THE INTEREST OF R.G.P. & R.J.P, CHILDREN**

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 105426-489**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Justice Goldstein

Appellant has filed a motion for voluntary dismissal of this appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

240645F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF R.G.P. &
R.J.P, CHILDREN

No. 05-24-00645-CV

On Appeal from the County Court At
Law No. 1, Kaufman County, Texas
Trial Court Cause No. 105426-489.
Opinion delivered by Justice
Goldstein. Chief Justice Burns and
Justice Molberg participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered July 18, 2024